FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0002957**
**19-MAR-2015**
**11:30 AM**

NO. CAAP-13-0002957

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
vs.
LORI L. TURPING, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(1DTA-13-00639)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Opinion, filed on February 25, 2015, is hereby corrected as follows:

1. On page 1, at the end of the fifth line of the first paragraph, the word "the" should be inserted between "in" and "middle" so that as corrected the text reads: ". . . in the middle of the road, . . . . "

2. On page 12, in the fourth line of the second paragraph, the following changes should be made, with the new material underlined and the deleted material stricken and in brackets: ". . . fair notice of the <u>nature and</u> cause <u>of the</u> [and] accusation against her" so that as corrected, the text reads: ". . . fair notice of the nature and cause of the accusation against her."

_____

[1/] Considered by: Nakamura, Chief Judge, and Foley and Fujise, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, March 19, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge